Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical mixing machines similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiffs was sustained.

No. 68155.—Lafayette Radio Electronics Corp. et al. v. United States, protests 62/3571, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 68156.—United China & Glass Co. v. United States, protest 61/12306 (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68157.—United China & Glass Co. v. United States, protests 62/12091 and 60/26783 (Portland, Oreg.).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68158.—Reinhold A. Auerbach, Inc. v. United States, protest 63/6233 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, DECEMBER 9, 1963

No. 68159.—Palmar Import Co., Inc., and Frank P. Dow Co., Inc., et al. v. United States, protests 59/3147 (B), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1963

No. 68160.—Magnesium Elektron, Inc. v. United States, protests 61/23691, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of Magnesium Elektron, Inc. v. United States (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

No. 68161.—Magnesium Elektron, Inc. v. United States, protests 62/2089, etc. (New York).